# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                    §
                                          §
ZIEBELL SR., RONALD D                     §      Case No. 13-40908
ZIEBELL, GLORIA Y                         §
                                          §
                                          §
           Debtors                        §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               CLERK OF THE COURT
               219 South Dearborn
               Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 11/20/2015 in Courtroom ,
               Joliet City Hall
               150 West Jefferson, 2nd Floor
               Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/20/2015                         By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ZIEBELL SR., RONALD D § Case No. 13-40908
ZIEBELL, GLORIA Y §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 23,340.73 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 23,340.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 3,084.07 | $ 0.00 | $ 3,084.07 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 50.25 | $ 0.00 | $ 50.25 |

Total to be paid for chapter 7 administrative expenses     $     3,134.32
Remaining Balance                                          $    20,206.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,392.38  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Citibank, N.A. | $ 1,392.38 | $ 0.00 | $ 1,392.38 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,392.38 |
| | Remaining Balance | | $ | 18,814.03 |

Tardily filed claims of general (unsecured) creditors totaling $ 19,144.64  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 98.3 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA, N.A. | $ 15,038.43 | $ 0.00 | $ 14,778.73 |
| 000003 | Chase Bank USA, N.A. | $ 4,106.21 | $ 0.00 | $ 4,035.30 |
| | Total to be paid to tardy general unsecured creditors | | $ | 18,814.03 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 13-40908-BWB
Ronald D Ziebell, Sr.                                           Chapter 7
Gloria Y Ziebell
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen              Page 1 of 1             Date Rcvd: Oct 22, 2015
                              Form ID: pdf006           Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2015.
```
db/jdb         +Ronald D Ziebell, Sr.,   Gloria Y Ziebell,    313 North Janes Avenue,
                 Bolingbrook, IL 60440-2531
21122177       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21122179        Chase Bank USA NA,    Attn: Correspondence Dept,    POB 15298,    Wilmington, DE 19850-5298
23244584        Chase Bank USA, N.A.,    Chase Bank USA NA,    Attn: Correspondence Dept,    POB 15298,
                 Wilmington, DE  19850-5298
21122180       +Ink from Chase,    PO Box 15123,   Wilmington, DE 19850-5123
21122181       +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
21122182       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21574518       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2015 01:17:04      Citibank, N.A.,
                 c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
21466700       E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2015 08:41:55      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                             TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21122178*      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2015                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2015 at the address(es) listed below:
```
              John J Lynch    on behalf of Joint Debtor Gloria Y Ziebell jlynch@lynch4law.com,
               rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
              John J Lynch    on behalf of Debtor Ronald D Ziebell, Sr. jlynch@lynch4law.com,
               rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou     met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Rachael A Stokas    on behalf of Creditor   COMPASS BANK ND-Two@il.cslegal.com
                                                                                             TOTAL: 5
```