UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                    §
                                          §
ZIEBELL SR., RONALD D                     §    Case No. 13-40908
ZIEBELL, GLORIA Y                         §
                                          §
                                          §
            Debtors                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 289,829.00                Assets Exempt: 174,994.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 20,206.41    Claims Discharged
                                               Without Payment: 2,033.61

Total Expenses of Administration: 3,134.32

3) Total gross receipts of $ 23,340.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 23,340.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 303,399.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,134.32 | 3,134.32 | 3,134.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,412.00 | 20,537.02 | 20,537.02 | 20,206.41 |
| **TOTAL DISBURSEMENTS** | $ 324,811.00 | $ 23,671.34 | $ 23,671.34 | $ 23,340.73 |

4) This case was originally filed under chapter 7 on 10/18/2013 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2015     By:/s/Peter N. Metrou, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Co-debtors mother's probate estate 1/3 interest - | 1129-000 | 23,340.73 |
| **TOTAL GROSS RECEIPTS** | | **$23,340.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | 154,306.00 | NA | NA | 0.00 |
| | Creditor #: 2 Roundpoint Mtg 5032 Parkway Plaza Blvd Charlotte, NC 28217 | | 149,093.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 303,399.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 3,084.07 | 3,084.07 | 3,084.07 |
| PETER N METROU | 2200-000 | NA | 50.25 | 50.25 | 50.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,134.32 | $ 3,134.32 | $ 3,134.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bank Of America Po Box 982235 El Paso, TX 79998 | | 1,703.00 | NA | NA | 0.00 |
| 000001 | CITIBANK, N.A. | 7100-900 | 1,655.00 | 1,392.38 | 1,392.38 | 1,392.38 |
| 000002 | CHASE BANK USA, N.A. | 7200-000 | 14,875.00 | 15,038.43 | 15,038.43 | 14,778.73 |
| 000003 | CHASE BANK USA, N.A. | 7200-000 | 3,179.00 | 4,106.21 | 4,106.21 | 4,035.30 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 21,412.00 | $ 20,537.02 | $ 20,537.02 | $ 20,206.41 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-40908 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ZIEBELL SR., RONALD D | Date Filed (f) or Converted (c): | 10/18/13 (f) |
| | ZIEBELL, GLORIA Y | 341(a) Meeting Date: | 12/02/13 |
| For Period Ending: | 12/16/15 | Claims Bar Date: | 03/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 313 North Janes Avenue, Bolingbrook IL 6 | 156,000.00 | 0.00 | | 0.00 | FA |
| 2. Rental Property: 317 Dean Circle Bolingbrook, IL 6 | 128,923.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking / Savings Account at West Suburban Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Checking / Savings Account at Chase Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6. Misc Household Goods and Furniture located at - , | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Personal Clothing of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 8. IRA / 401K Accounts | 160,000.00 | 0.00 | | 0.00 | FA |
| 9. Casa Dean, LLC | Unknown | 0.00 | | 0.00 | FA |
| 10. Co-debtors mother's probate estate 1/3 interest - | 99,000.00 | Unknown | | 23,340.73 | FA |
| 11. 2009 Ford Escape | 5,200.00 | 0.00 | | 0.00 | FA |
| 12. 2000 Lincoln Town Car | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. Rental Property Tenant damages / Past Due Rent Zie | 10,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $563,823.00 | $0.00 | | $23,340.73 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Possible 1/3 of pending probate estate of co- Debtor's mother in CA.

Initial Projected Date of Final Report (TFR): 12/15/14      Current Projected Date of Final Report (TFR): 12/31/15

LFORM1                                                                                                          Ver: 18.04
**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-40908 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ZIEBELL SR., RONALD D | | Bank Name: | Associated Bank |
| | ZIEBELL, GLORIA Y | | Account Number / CD #: | *******5405 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9734 | | | |
| For Period Ending: | 12/16/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/15 | 10 | Ronald D. Ziebell<br>Debtor | | 1129-000 | 23,340.73 | | 23,340.73 |
| 11/25/15 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 3,134.32 | 20,206.41 |
| | | | Fees        3,084.07 | 2100-000 | | | |
| | | | Expenses       50.25 | 2200-000 | | | |
| 11/25/15 | 005002 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000001, Payment 100.00000% | 7100-900 | | 1,392.38 | 18,814.03 |
| 11/25/15 | 005003 | Chase Bank USA, N.A.<br>Chase Bank USA NA<br>Attn: Correspondence Dept<br>POB 15298<br>Wilmington, DE 19850-5298 | Claim 000002, Payment 98.27309% | 7200-000 | | 14,778.73 | 4,035.30 |
| 11/25/15 | 005004 | Chase Bank USA, N.A.<br>Chase Bank USA NA<br>Attn: Correspondence Dept<br>POB 15298<br>Wilmington, DE 19850-5298 | Claim 000003, Payment 98.27310% | 7200-000 | | 4,035.30 | 0.00 |

Page Subtotals      23,340.73      23,340.73

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 7)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-40908 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | ZIEBELL SR., RONALD D | | Bank Name: | Associated Bank |
| | ZIEBELL, GLORIA Y | | Account Number / CD #: | *******5405 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9734 | | | |
| For Period Ending: | 12/16/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 23,340.73 | 23,340.73 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 23,340.73 | 23,340.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 23,340.73 | 23,340.73 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - *******5405 | | 23,340.73 | 23,340.73 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 23,340.73 | 23,340.73 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*